UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CECIL, | No. 2:13-cv-1923 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEFF BEARD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. On May 23, 2014, plaintiff filed a request to augment the record with an exhibit and declaration. Plaintiff is advised that his submission of evidence in support of his claim is premature. Plaintiff is not required to submit evidence until necessary to oppose a dispositive motion or for trial. The U.S. Marshal filed waivers of service of process on June 4, 2014, and defendants have sixty days from the date the waiver was signed in which to file a responsive pleading. Once all defendants have filed answers, the court will issue a scheduling order and, following resolution of any dispositive motion, the court will issue an order addressing the filing of pretrial statements and the exchange of exhibits for trial. Accordingly, IT IS HEREBY ORDERED that plaintiff's May 23, 2014 request (ECF No. 47) is denied.

Dated: June 6, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ceci1923.den

1