UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CECIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF BEARD, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-1923 TLN KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, presently housed at R.J. Donovan State Prison ("RJD"), proceeding without counsel and in forma pauperis.

On October 22, 2014, plaintiff filed a motion for temporary restraining order seeking an order requiring the provision of pain medication and pain management forthwith. Plaintiff avers that he is in excruciating pain from the hernia and the aortic aneurysm at issue in this litigation, and that the 600 mg. of Ibuprofen no longer controls such pain. Plaintiff notes that the October 3, 2014 c-scan revealed a "serious anomaly" with the stented aneurysm that will most likely require immediate surgery. (ECF No. 86 at 3.) Despite his constant pain complaints, plaintiff avers that his primary care physician refused plaintiff's request for additional pain relief, stating that the doctor was going to allow the hernia specialist to deal with plaintiff's hernia pain prior to surgery, and the primary care physician would address plaintiff's post-surgical pain issues, if any. (ECF No. 86 at 1.) However, the hernia specialist referral is still pending approval, so it is unclear at

1

1    this time when plaintiff might be examined by the specialist.  Plaintiff reminds the court that his
2    initial request for hernia repair was made on February 8, 2011.
3           Plaintiff provided a copy of his October 1, 2014 health care services request form in
4    which he states that he is still having excruciating hernia pain.  (ECF No. 86 at 5.)
5           As this court has frequently reiterated, plaintiff's hernia is a serious medical need, and the
6    Ninth Circuit has noted that a prisoner states a cognizable deliberate indifference claim where
7    prescribed treatment for a hernia has been delayed for more than a year.  Wilhelm v. Rotman, 680
8    F.3d 1113, 1123 (9th Cir. 2012).  A defendant acts with deliberate indifference when he
9    knowingly fails to respond to a serious medical need and, thereby, inflicting harm on the plaintiff.
10   See Farmer v. Brennan, 511 U.S. 825, 837-42 (1994); Jett v. Penner, 439 F.3d 1091, 1096 (9th
11   Cir. 2006) (defendant is deliberately indifferent when he purposefully fails to respond to a
12   prisoner's pain).  A federal court has the power to issue orders in aid of its own jurisdiction, 28
13   U.S.C. § 1651(a), and to prevent threatened injury that would impair the court's ability to grant
14   effective relief in a pending action.  Sierra On-Line, Inc. v. Phoenix Software, Inc., 739 F.2d
15   1415, 1422 (9th Cir. 1984); Gon v. First State Ins. Co., 871 F.2d 863 (9th Cir. 1989).
16          Good cause appearing, IT IS HEREBY ORDERED that within seven days from the date
17   of this order, counsel for defendants shall file a response to plaintiff's motion for temporary
18   restraining order.
19   Dated:  October 24, 2014

21   ceci1923.fb.tro

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE