UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CECIL, | No. 2:13-cv-1923 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEFF BEARD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding in forma pauperis and without counsel. Plaintiff filed a request for five subpoenas "for witnesses to appear." (ECF No. 98.) Defendants filed an objection, noting that discovery is closed, and that this matter has not yet been set for trial. (ECF No. 99.) Plaintiff filed a reply stating that the court's discovery and scheduling order stated that "blank subpoena forms may be obtained from the Clerk of the Court," and that plaintiff is not seeking the subpoena forms for discovery. Plaintiff argues that because he is a handicapped pro se litigant, he must prepare his case on "his time schedule," not defendants', and that "weak attempts to interfere in plaintiff's preparation of [his] case [are] immediately appealable in any Court." (ECF No. 101.) Plaintiff asks the court to grant his request and impose sanctions on defendants.

While the court is sympathetic to plaintiff's need to prepare his case for trial, plaintiff's request for subpoenas is premature. As set forth in the scheduling order, witness subpoenas are to

1

1  be submitted "<u>not earlier than four weeks and not later than two weeks before trial</u>." (ECF No. 63

2  at 4.) Dispositive motions are due on or before January 23, 2015, and trial has not yet been

3  scheduled in this matter. Thus, there are no court hearings presently scheduled for which witness

4  testimony is required. Moreover, the subpoena form is a simple, fill-in-the-blank form, which, in

5  addition to the basic case information, requires plaintiff to provide the witness' name and address,

6  and the date and location of the trial.

7      There is no basis for the issuance of sanctions. Plaintiff's request for sanctions is denied.

8      Accordingly, IT IS HEREBY ORDERED that:

9      1. Plaintiff's request for five subpoenas (ECF No. 98) is denied without prejudice; and

10      2. Plaintiff's request for sanctions (ECF No. 101) is denied.

11  Dated: January 20, 2015

13  KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14  /ceci1923.subp