UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CECIL, | No. 2:13-cv-1923 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEFF BEARD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. Plaintiff raises Eighth Amendment claims against defendants Smith, Norgaard, Foulk, Artis, Lozano, Dr. Rohlfing, and Schmidt. Defendants' motion for summary judgment is presently pending. By order filed August 5, 2015, plaintiff was directed to file the second page of Miranda's 128-C3 form signed January 10, 2012. After being provided an extension of time, on August 24, 2015, plaintiff filed a declaration in which he avers that when he presented for his Olsen review of his medical file in order to obtain the requested document, prison staff informed plaintiff that Brandon Self, from the office of the Inmate Appeals Coordinator, ordered her not to provide plaintiff with the document, and that plaintiff would have to take it up with Mr. Self. (ECF No. 129 at 4.) Plaintiff states he was advised that "anything involving [plaintiff] with legal issues, . . . must be notified to the Appeals Office," and "according to the [Appeals] Coordinators, court orders do not dictate how RJD runs-things here," and "neither do you." (Id.)

1    As defendants are well aware, the court is unable to rule on the pending motion for
2 summary judgment until the record is complete.  Therefore, plaintiff is relieved of his obligation
3 to provide the document.  Defendants are directed to file, within seven days, the second page of
4 Miranda's 128-C3 form signed January 10, 2012.  Failure to timely provide this document will
5 result in the imposition of sanctions.
6    Accordingly, IT IS HEREBY ORDERED that within seven days from the date of this
7 order, defendants shall file the second page of Miranda's 128-C3 form signed January 10, 2012.
8 Dated:  August 28, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/ceci1923.def