UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY CECIL,<br><br>              Plaintiff,<br><br>       v.<br><br>JEFF BEARD, et al.,<br><br>              Defendants. | No.  2:13-cv-1923 TLN KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 3, 2015, plaintiff filed a request for the court to intervene due to prison staff's refusal to allow plaintiff to obtain the second page of Miranda's 128-C3 form signed January 10, 2012, as plaintiff was previously ordered to provide the court.  Plaintiff's request was signed by him on August 30, 2015.  However, on August 28, 2015, the court ordered defendants to provide the second page because plaintiff previously informed the court concerning prison staff's refusals.  Accordingly, plaintiff's request is denied as moot.

IT IS HEREBY ORDERED plaintiff's September 3, 2015 request (ECF No. 133) is denied as moot.

Dated:  September 29, 2015

/ceci1923.moot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1